Plaintiff's Name: Mr. Carris Lynn McDougald
CDC No: P31571
Address: P.O. Box 34576
Corcoran, Ca 93212-3456



FEB 19 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA AT FRESNO

Mr. Carris Lynn McDougald )
(Name of Plaintiff) )
) 1: 0 8 CV . 0 0 2 3 8 AWI DLB
) 
) (Case Number)
)
vs. ) **COMPLAINT**
)
Modesto Police Department ) Civil Rights Act, 42 U.S.C. 1983
Officer Ramar Badge # 11097 )
Officer Campbell Badge # 11160 )
)
(Names of all Defendants) )

I. **Previous Lawsuits**:

   A. Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

   B. If your answer to A is yes, how many?: _____
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

    1. Parties to this previous lawsuit:

       Plaintiff _____

       Defendants _____

    2. Court (if Federal Court, give name of District; if State Court, give name of County)

    3. Docket Number _____ 4. Assigned Judge _____

    5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

    6. Filing date (approx.) _____ 7. Disposition date (approx.) _____
    **(List all other previous or pending lawsuits on back of this form)**

g:\docs\pam\complain.wpd

1

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  Yes ✓  No __

B. Have you filed a grievance concerning the facts of this complaint?  Yes ✓  No __

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ✓  No __
Date process completed, and disposition  OCTOBER 24, 2007

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant OFFICER CAMPBELL #11100 is employed as POLICE OFFICER at MODESTO POLICE DEPARTMENT

B. Additional defendants OFFICER RAMAR #11097

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On June 17, 2006 — I was BEATENED, TASED, KICKED, AND PUNCHED BY OFFICER CAMPBELL #11100, AND OFFICER RAMAR TASED ME REPEATLY WITH HIS STUN GUN AFTER I WAS INCAPACITATED FROM THE FIRST ENGAGEMENT. THEN THE OFFICERS CONSPIRED TOGETHER TO FALSIFY A POLICE REPORTS TO COVER UP THEIR ILLEGAL ACTION. FURTHERMORE OFFICER CAMPBELL AND RAMAR HAVE "EXTREME" CONFLICTING STATEMENTS AS TO WHEN, WHY, HOW AND WHERE THE ATTACK TOOK PLACE.

g:\docs\pam\complain.wpd                    2

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am seeking punitive damages regarding time, suffering, lost wages, stemming from incarceration, pain and suffering. Also I am seeking injunction from future situation retrospectively, a departmental revision of tactics, reporting and supervision of officers. Monetary damages supportive of job skill, lost wages, time suffering, legal fees from city and officers in their professional and personal capacity until latest.

I declare under penalty of perjury that the foregoing is true and correct.

FEB 13, 2008
(Date)

Mr. Caris Lynn McDougald
(Signature of Plaintiff)