# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARIS LYNN MCDOUGALD | ) | 1:08cv238 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS |
| v. | ) | |
| MODESTO POLICE DEPARTMENT OFFICERS RAMAR AND CAMBPELL, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Caris Lynn McDougald ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in the action pursuant to 42 U.S.C. § 1983. Plaintiff filed his action on February 19, 2008, and names Modesto Police Officers Ramar and Campbell as Defendants.

**DISCUSSION**

A.   Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to

1

state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.  Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

B.     Plaintiff's Allegations

Plaintiff alleges that on June 17, 2006, Modesto Police Officer Campbell (#11160) beat, Tazed, kicked and punched him.  He further alleges that after he was incapacitated, Modesto Police Officer Ramar (#11097) repeatedly Tazed him.  After the incident, he alleges that Officer Campbell and Officer Ramar conspired to falsify a police report to cover up their alleged illegal actions.

Plaintiff's complaint appears to state a cause of action pursuant to 42 U.S.C. § 1983. Accordingly, IT IS HEREBY ORDERED that:

1.     Service is appropriate for the following Defendants:

   Modesto Police Officer Campbell (#11160)

   Modesto Police Officer Ramar (#11097)

2.     The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, an instruction sheet and a copy of the complaint filed February 19, 2008.

3.     Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a.     Two completed summonses;

   b.     One completed USM-285 form for each Defendant; and

   C.     Three copies of the endorsed complaint filed on February 19, 2008.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **February 25, 2008**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE