## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARIS LYNN McDOUGALD,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MODESTO POLICE DEPARTMENT,** ) <br> **OFFICER RAMAR, and OFFICER** ) <br> **CAMPBELL,** ) <br> ) <br> **Defendants.** ) <br> ) <br> _____) | **CIV F 08-238  AWI DLB** <br><br> **ORDER VACATING JUNE 16, 2008, HEARING AND TAKING MOTION TO DISMISS UNDER SUBMISSION** |

    Defendants have noticed for hearing and decision a Rule 12(b)(6) motion to dismiss.  The matter was scheduled for hearing to be held on June 16, 2008.  Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than June 2, 2008.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c).  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 16, 2008, is VACATED, and no party shall appear at that time.  As of June 16, 2008, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **June 10, 2008**　　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE