# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIS LYNN McDOUGALD,<br><br>                    Plaintiff,<br><br>        v.<br><br>MODESTO POLICE DEPARTMENT,<br>OFFICERS RAMAR, Badge # 11097,<br>and CAMPBELL, Badge # 11160,<br><br>                    Defendants. | NO. 1:08-CV-00238 AWI DLB<br><br>ORDER REASSIGNING THIS<br>ACTION TO DISTRICT COURT<br>JUDGE OLIVER W. WANGER |

   The court finds it necessary to reassign this action from the docket of District Court Judge Anthony W. Ishii to District Court Judge Oliver W. Wanger.  See Local Rule Appendix A(f)(1). The Clerk of the Court is DIRECTED to reassign this action to District Court Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:    June 4, 2010**                         **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE