Mr. Carrs Lynn McDougald
P.O. Box 600
Tracy, Ca 95378

**FILED**
JUN 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court

Eastern District of California, Fresno Division

| | |
|---|---|
| Carrs Lynn McDougald, Plaintiff, | No. 1:08-CV-00238-OWW-DLB |
| v. | Plaintiff's Motion To Dismiss Case Voluntarily Against Modesto Police Department And Officer Ramal And Campbell In Its Entirety And Cancel Trial Set For June 29, 2010 8:30am CTRM: 2 |
| Modesto Police Department, Officer Ramal, Badge #11097 and Campbell, Badge #11160, Defendants. | |

Plaintiff asks the Court to please dismiss case against the Defendants named in this 42 U.S.C Civil Rights Action for Excessive Force and to Cancel Trial that was set for June 29, 2010 at 8:30am CTRM: 2

June 13, 2010                         Respectfully Submitted,

                                      Mr. Carrs Lynn McDougald

Mr. Caris Lynn McDougald (your name)
P31571 (CDC #, housing)

P.O. Box 600
Tracy, CA 95378-0600
In Pro per

Caris Lynn McDougald )
v )
Modesto Police Department )
Officer Lamar Berge #11097 )
Campbell Badge # 11160 )

CASE NO. 1:08-CV-00238-OWI-DLB

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the state of California. I am incarcerated in a California prison: Deuel Vocational Institute ("DVI"). I am over the age of 18 years, and a party to the within action.

I made timely filing under the "mailbox rule" by making timely use of the prison's internal mailing system. Houston v. Lack (1988) 487 U.S. 266, 108 S.Ct. 2370, 101 L.Ed. 245 (prisoner's notice deemed filed upon delivery to prison officials because of peculiar obstacles of *pro se* defendants.).

On June 13, 2010, I gave the document and envelope with pre-paid first-class postage attached, or with a completed CDCR Form 193 Trust Withdrawal attached to the outside of the envelope, and with the word "Confidential" appearing on the face of the envelope, to a custody staff member. The envelope was inspected by a custody staff member for contraband. I sealed the envelope in the presence of the inspecting staff member. The inspecting staff member printed his name, title, date, and signed the outside of the envelope. The prison authority deposited the envelope in the prison internal mailing system mailbox/mailbag.
See Title 15, California Code of Regs. § 3142; CDCR Operations Manual § 54010.20.2; DVI Operational Procedure No. 9 VI K.

I served the following document to each of the persons named below at the address shown:
DOCUMENT: Motion to Dismiss case Voluntarily against Modesto Police Department and Officers Ramcel and Campbell in its entirety and cancel Trial set for June 29, 2010 9:30am CTL:2

PARTIES SERVED:

Honorable Judge
Mr. Oliver W. Wagner
2500 Tulare St Suite #2501
Fresno, Ca 93721-1318

I declare under penalty of perjury the above statements are true and correct.
This document was executed on the 13 Day of June, 2010, in the city of Tracy, San Joaquin County, California. By: Caris Lynn McDougald (print name)

SIGNED Mr. Caris Lynn McDougald