SUSANA ALCALA WOOD, SB#156366
JAMES F. WILSON, Senior Deputy City Attorney #107289
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants Officers
Jerry J. Ramar and Douglas
Campbell, municipal employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CARIS LYNN McDOUGALD, <br><br> Plaintiff, <br><br> vs. <br><br> MODESTO POLICE DEPARTMENT OFFICERS RAMAR, Badge # 11097 and CAMPBELL, Badge # 11160, <br><br> Defendants. | No. 1:08-CV-00238-AWI-DLB <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR DISMISSAL AND CONDITIONAL WAIVER OF RIGHT TO RECOVER COSTS OF DEFENSE** |

The defendants Jerry Ramar and Douglas Campbell (the only defendants remaining in the action) hereby submit their statement of non-opposition to the motion filed on June 16, 2010 by plaintiff McDougald seeking the dismissal of the above-entitled action against them.

In keeping with their previously made offer to plaintiff McDougald to waive their right to recover the cost of defense of this action, including attorney's fees, in exchange for the dismissal of the action against them, the defendants hereby waive that right, conditioned upon the court's granting of the instant motion for dismissal.

Date: June 17, 2010

SUSANA ALCALA WOOD
City Attorney


By: ___/s/JFW___
JAMES F. WILSON
Senior Deputy City Attorney

Attorneys for Defendants